IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

IN RE:                               *
                                       *        CHAPTER 7
ROBERT WORD SPIVEY          *
                                       *        CASE NO.  13-70793-CMS-7
                    DEBTOR .       *
                                       *

## TRUSTEE'S OBJECTIONS TO CLAIMS

        Comes now Robert L. Shields, Trustee in the above bankrupt estate, and objects to the claims listed below which has been filed herein, and as grounds for his objections alleges the following:

| CLAIM | CREDITOR | AMOUNT | OBJECTION |
|---|---|---|---|
| 10 | Regions Bank<br>c/o Jonathan R. Grayson<br>Balch & Bingham LLP<br>P.O. Box 306<br>Birmingham, AL 35201 | $248,853.70<br><br>$148,853.70<br>(Unsecured Portion)<br><br>$100,000.00<br>(Secured Portion) | A portion of the Claim is filed as a secured debt. This portion of the claim should be disallowed for distribution purposes and Regions should look to the collateral for satisfaction of its claim or amend to reflect a deficiency balance.<br>Upon information and belief the Unsecured Portion of the claim is secured by real estate pledged by entities owned by the Debtor. This portion of the claim should be disallowed for distribution purposes and Regions should look to its collateral for satisfaction of its claim or amend to reflect a deficiency balance.<br><br>Additionally, the claim was untimely filed after the Bar Date established by the Court. |

1

| 11 | RREF RBSBL-II-AL Acquisitions, LLC<br>c/o Jason R. Watkins<br>11 North Water Street, Suite 1200<br>Mobile, AL 36602 | $663,496.60 | The claim was untimely filed after the Bar Date established by the Court. |

WHEREFORE, based on the above, the Trustee requests that the claims be disallowed for the reasons numerated above. Your Trustee requests such further and different relief to which he may be entitled.

This the 24th day of June, 2011.

/s/Robert L. Shields, III
Robert L. Shields, Trustee
Telephone (205) 823-1990

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon **Joseph E. Bulgarella**, bankruptcy attorney, and the above-named creditors by posting the same date above written to said creditor, with sufficient postage prepaid, by U.S. mail with first-class postage prepaid, by placing copy of same in appropriate courthouse box, via e-mail or by electronic filing when available.

This the 24th day of June, 2011.

/s/Robert L. Shields, III
Robert L. Shields, III

2

Case 13-70793-JHH7   Doc 103   Filed 06/25/14   Entered 06/25/14 10:59:10   Desc Main
Document      Page 2 of 2