IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CHAPTER 7 |
| ROBERT WORD SPIVEY | * | |
| | * | CASE NO. 13-70793-BGC-7 |
| DEBTOR . | * | |
| | * | |

## ORDER ON TRUSTEE'S OBJECTION TO CLAIMS

This matter came before this Court August 7, 2014 on Trustee's Objection to Claims (Doc# 103) Appearances were noted in the record and the Court having reviewed the Objection hereby FINDS AS FOLLOWS:

1. Claim #10 filed by Regions Bank, is ALLOWED as a general unsecured, late filed claim in the Amount of $108,141.87. The secured portion of this claim is DISALLOWED for distribution purposes.

2. Claim #11, filed by RREF RBSBL-II-AL, Acquisitions LLC, is ALLOWED as a general unsecured, late filed claim in the amount of $664,145.92.

Dated: September 15, 2014　　　　　　　　　/s/ Benjamin Cohen
　　　　　　　　　　　　　　　　　　　　　BENJAMIN COHEN
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge