IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA - WESTERN DIVISION

IN RE:                           )
                                 )
Robert Word Spivey               )         BK. NO. 13-70793-JHH-7
                                 )
      DEBTOR(S).                 )

OBJECTION TO CLASSIFICATION OF CLAIM

COMES Now Your Debtor by and through counsel of record and moves this Honorable Court **pursuant to Bankruptcy Rule 3013** and objects to the classification of the claim filed by **RREF RB SBL II-AL, LLC (claim 011)** and moves to have said claim classified as unsecured. As grounds for this motion the Debtor would state the following:

1. RREF filed an UNSECURED claim (claim #11) the amount of $564,145.92 (as amended).

2. Said claim is purported to be merely a guaranty on a note.

3. Upon information and belief, Creditor is the holder of collateral after a foreclosure and said real property has not been liquidated.

4. As such, RREF's claim should be re-classified as secured or disallowed.

WHEREFORE, Debtors request that Your Honor sustain the objection to the classification of the claim and make said claim a secured claim.

Respectfully Submitted,

/s/ Eric M. Wilson
Eric M. Wilson
1902 8th Street
Tuscaloosa, AL  35401
(205) 349-1280

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following:

Robert Shields
Chapter7 Trustee
*Via CM/ECF*

RREF RB SBL II-AL, LLC
c/o Jason Watkins, Esq.
Jones Walker, LLP
RSA Battle House Tower
11 North Water Street, Suite 1200
Mobile AL 36602

By mailing a copy of the same in the U.S. Mail, properly addressed, and first class postage prepaid, or by hand delivery.

This the 14th day of December 2015.

/s/ Eric M. Wilson